United States District Court
Middle District of Florida
Jacksonville Division

## In Admiralty

IN RE: ADAM J. PETNUCH AND
REEL DREAMS FISHING CHARTER,           NO. 3:20-CV-497-J-32PDB

    *Plaintiffs.*

_____

## Order

On January 19, 2021, the Court conducted a telephone conference to discuss pending matters. Based on agreement of the parties and finding the agreed upon relief appropriate, the Court:

(1) **grants** the motion to dismiss the consortium claim, Doc. 17, and **dismisses** the consortium claim;

(2) **denies** the motion to dismiss the action, Doc. 14, without prejudice to renewing any argument after a period of discovery;

(3) **directs** Debra DeMaria to file the anticipated motion to stay this action by February 2, 2021; and

(4) **stays** discovery in this action until the Court decides the anticipated motion to stay.

**Ordered** in Jacksonville, Florida, on January 20, 2021.

                                                        _____
                                                        PATRICIA D. BARKSDALE
                                                        *United States Magistrate Judge*